July 9, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

MCNEIL INTERESTS, INC., Appellant

NO. 14-12-01142-CV                    V.

JAMES G. QUISENBERRY, JR., Appellee
_____

This cause, an appeal from the judgment in favor of appellee, James G. Quisenberry, Jr., signed October 11, 2012, was heard on the transcript of the record. We have inspected the record and find the trial court erred in finding that the claims of appellant, McNeil Interests, Inc., on the $600,000 Amegy note and the $100,000 McNeil Interests note are barred by res judicata. We therefore order that the portions of the judgment in favor of James G. Qusienberry, Jr. on McNeil Interests, Inc.'s claims on the $600,000 Amegy note and the $100,000 McNeil Interests note are **REVERSED** and ordered severed and **REMANDED** for proceedings in accordance with this court's opinion.

Further, we find no error in the remainder of the judgment and order it **AFFIRMED**.

We order that all costs incurred by reason of this appeal be paid by appellee, James G. Quisenberry.

We further order this decision certified below for observance.